UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DWANER WHITE,**

    **Plaintiff,**           **CASE NO.: 8:15-cv-01178-JDW-TGW**

v.

**CITIBANK, N.A.,**

    **Defendant.**
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Dwaner White,, by and through undersigned counsel, hereby files this Notice of Pending Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principle and the parties are working toward finalizing resolution at this time.

Dated: September 17, 2015          Respectfully Submitted,

                                               **CENTRONE & SHRADER, PLLC**
                                               612 W. Bay Street
                                               Tampa, Florida 33606
                                               Phone: (813) 360-1529
                                               Fax:   (813) 336-0832

                                               /s/ Gus M. Centrone
                                               _____
                                               **GUS M. CENTRONE, ESQ.**
                                               Florida Bar No. 30151
                                               e-mail: gcentrone@centroneshrader.com
                                               **BRIAN L. SHRADER, ESQ.**
                                               Florida Bar No. 57251
                                               e-mail: bshrader@centroneshrader.com
                                               Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September 17, 2015, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

                                            /s/ Gus M. Centrone
                                            Attorney